| CourtFlow #: MRM071121-091540 | Court Reporter: | Convene: 10:33 Recess: 10:36 |
|---|---|---|
| PRE-Trial Minute Record:<br>Magistrate Judge Michael R. Merz | Deputy Clerk<br>Gayle Hays | ☐ New Case | Case Number<br>3:07CR183(7) |
| Defendant<br>Davis, Delorean | U.S. Attorney<br>Andrew Hunt<br>Brent Tabacchi | | Date<br>11/21/07 |
| Charge:<br>1, 19, 20 | Age | Cust. | Attorney for Defendant: ☐ FPD ☐ Appt'd. ☐ Ret'd.<br>To be appointed from CJA list |

Penalty:

See attached

| ☒ Initial Appearance | ☐ Removal Hearing | ☐ Bail Hearing | ☐ Preliminary Hearing | ☐ Mental Exam. Hearing |
|---|---|---|---|---|
| ☐ Preliminary Revocation Hearing | ☐ Final Revocation Hearing | ☒ Other: Rights and Penalties Explained and Understood | | |

### ARRAIGNMENT

| ☐ Financial Affidavit<br>☐ Approve ☐ Disapprove | ☐ Appeared w/o Counsel | ☐ Consent to Proceed Before Magistrate | Date Entered U.S. Custody: |
|---|---|---|---|
| ☐ Arraigned on Information | ☐ Arraigned on Complaint | ☐ Reading Waived: Substance Stated | ☐ Indictment/Information Read |

Remarks:

### PLEA

| ☐ Nolo Contendre | ☐ Not Guilty | ☐ Indicated Guilty | ☐ Indicated Guilty to Counts: |
|---|---|---|---|
| ☐ Change of Plea | ☐ Issued Appearance Bond | ☐ Waived Jury Trial | ☐ Superseding Information |

Court Finding: | Remarks:

### OTHER ACTIONS

| ☐ Issued Warrant | Amount of Bail $ | ☐ Pretrial Reporting | ☐ Modify Bail To | ☐ Set Aside Warrant |
|---|---|---|---|---|
| ☐ Released on O/R | ☐ Issued Appearance Bond | ☐ and Conditions | ☒ Motion for Pretrial Detention | ☒ Remanded to Custody |
| ☐ Extended Probation | Term or Ending Date: | ☐ Cont'd. on Probation | ☐ Revoked Probation | ☐ Pre-sentence Report Ordered |

Remarks:
FA to be completed:

### CONTINUANCE

11 / 26 / 07
Mo. Day Yr.
at 1:30 am/pm (pm circled)
Before Honorable
MRM

Reasons for Continuance

| ☐ Bail Hearing | ☐ Removal Hearing | ☐ Jury Trial | ☒ Arraignment<br>To be set |
|---|---|---|---|
| ☐ Plea | ☒ Detention Hearing | ☐ To Hear Motions | ☒ Pretrial Conference |
| ☐ Court Trial | ☐ Preliminary Hearing | ☐ Judgment | ☐ Final Revocation Hearing |

Other (Specify) Remarks: | ☐ Case Closed

Sentence: | Probation:
Amount of Fine: $ | Amount of VCF: $ | ☐ Supervised ☐ Unsupervised

H:\DOCS\FORMS\Initial Appearance Minute Sheet.wpd

USA v. PIERCE, et al
3:07-cr-183 (7)

Defendant: Delorean Davis

☑ Count 1  21 USC § 846 - conspire to knowingly and intentionally distribute and possess with intent to distribute a mixture or substance containing cocaine base, in excess of 50 grams - a schedule II controlled substance
*10 yrs - Life / $4,000,000 fine / 5 yrs supervised release / $100 special assessment*

☑ Count 19  21 USC § 841 (a)(1) and (b)(1)(B); 18 USC § 2 - aiding and abetting each other, knowingly and intentionally distributed a mixture or substance containing cocaine base, in excess of 5 grams of a mixture or substance containing cocaine base - a schedule II controlled substance
*5 yrs - 40 year / $4,000,000 fine / 5 yrs supervised release / $100 special assessment*

☑ Count 20  18 USC § 924 (c) - possessed a firearm in furtherance of a drug trafficking crime for which they may be prosecuted in a court of the United States
*Mandatory 5 yrs consecutive to any other sentence / $250,000 fine / 3 yrs supervised release / $100 special assessment*