### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | |
|---|---|
| United States of America | Case No. 3:07-cr-183(7) |
| Plaintiff, | Judge Walter H. Rice |
| -vs.- | |
| Delorean Davis | |
| Defendant. | |

### MOTION FOR MODIFICATION OF BOND CONDITIONS

Now comes the Defendant, Delorean Davis, by and through counsel, and respectfully moves this Court for an Order to amend his bond conditions as follows:

### MEMORANDUM

The Defendant requests that the Court reconsider and modify its Order of Detention of Electronic Home Detention to the bond conditions previously issued.

An Order of Defendant's Conditions of Release was signed by the Court on November 26, 2007, (docket #77).  As a condition of that release Mr. Davis was to reside with his mother at 34 Fer Don Road, Dayton, Ohio.  At this residence he does not have separate sleeping quarters and he is starting to work 8 hours a day and his sleep is disturbed by other members of the family, living here has become impractical.  He is on the lease of an apartment with his fiancée at 527 Telford Avenue, Apt. C, Dayton, Ohio 45419 which has a separate bedroom and would like to be placed there under the same conditions as apply to 34 Fer Don Road.

Respectfully submitted,

/s/ Anthony S. VanNoy
Anthony S. VanNoy, #0067052
Attorney for Delorean Davis
130 West Second St., Ste. 1600
Dayton, Ohio 45402
(937) 222-7477
(937) 222-7911 – fax

## **Certificate of Service**

      I hereby certify that a copy of the foregoing was electronically served upon the United States Attorney, Brent Tabachi and all other Counsel of record on the date of filing.

                                                /s/ Anthony S. VanNoy
                                                Anthony S. VanNoy