IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA  :

        Plaintiff,  :  Case No.: **CR-3-07-0183(7)**

-Vs-  :

  :

**Davis, Delorean**
        Defendant.

---

**MODIFICATION OF ORDER SETTING CONDITIONS OF RELEASE**

---

The Court ORDERS the conditions of release filed in this case on November 26, 2007, be modified to remove the following condition: *Participate in the electronic monitoring program under the guidance and supervision of U.S. Pretrial Services.*

SO ORDERED.

3-18-08
Date

Honorable Walter Herbert Rice
United States District Judge

Copy to:
Defendant/Defense counsel
U.S. Attorney Office
US Pretrial Services Office

rev. (06-08-98)