# Certificate of Achievement

*This certifies that*

**Keith Wilkes**

*has satisfactorily completed*

VICTIM AWARENESS EDUCATION CLASS

*This certificate is hereby issued this*
*September 19, 2011*

*Counselor T. Underwood*
Class Coordinator

Exhibit A