United States District Court

for

Southern District of Ohio

Report on Offender Under Supervision

| | |
|---|---|
| Name of Offender: **Delorean Davis** | Case Number: **3:07CR183(7)** |
| Name of Sentencing Judicial Officer: | **The Honorable Walter Herbert Rice** <br> **United States District Judge** |
| Date of Original Sentence: | **October 3, 2008** |
| Date of Amended Sentence | **December 21, 2011** |
| Original Offense: | **Conspiracy to Distribute with Intent to Possess With Intent to Possess in Excess of 50 Grams Cocaine Base, 21 U.S.C. 846(a)(1) and 841(b)(1)(A)** |
| Original Sentence: | **120 months imprisonment; five (5) years supervised release** |
| Amended Sentence | **36 months probation** |
| Type of Supervision: **Probation** | Date Supervision Commenced: **December 21, 2011** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | The defendant is alleged to have violated the special condition requiring him to complete 100 hours of community service over the first two years of supervision. |

On February 24, 2012, Delorean Davis signed the amended judgment entry in this case and the community service was discussed again at that time. Mr. Davis advised that he completed community service while on pretrial supervision but he has been unable to provide documentation to that effect. This officer assumed supervision of this case in July of 2013 and

DAVIS, Delorean                                                                                   Case: 3:07CR183(7)

has discussed his community service at length. Mr. Davis has been provided with several locations where he could do community service. Mr. Davis is currently scheduled to begin his community service work at the Job Center Home Full volunteer program on May 3, 2014. He is currently scheduled to complete two hours per week. He has also made contact with St. Paul United Methodist Church and is hopeful he can complete 12 to13 hours per week there.

Mr. Davis has reported that he has not begun community service prior to this time because of conflicts with his work and family schedule. Mr. Davis advises he understands the importance of the obligation and the urgency needed to complete these hours due to his probation being scheduled to expire soon.

To his credit, Mr. Davis has been employed, there is no indication of any contact with police and he has provided negative urine screens. It is this officer's belief that Delorean Davis is motivated to complete his community service work during his remaining months of supervision to avoid an extension of his probation. Mr. Davis assures this officer he will take the necessary steps to complete his obligation. If he does not follow through with his commitment, this officer will submit a subsequent report requesting an extension of his supervision.

U.S. Probation Officer Action: **It is recommended no action be taken at this time. Delorean Davis' probation is due to expire in December 2014. It was explained to Mr. Davis that if he does not follow through with the instructions of the probation officer and fulfill the conditions ordered by the Court, this officer will recommend that the Court extend his term of probation.**

If the Court would like an alternative course of action please contact this officer at (937) 512-1482.

Respectfully submitted by,                    Approved by,

Marquita L. Howard 2014.05.28 10:47:27 -04'00'                 John J. Menke 2014.05.16 13:16:05 -04'00'

**Marquita Howard**                                     **John J. Menke**
U.S. Probation Officer                         Supervising U.S. Probation Officer

**DAVIS, Delorean**                                                                        **Case: 3:07CR183(7)**

[X]     I concur with the recommendation of the Probation Officer

[ ]     Submit a Request for Modifying the Condition or Term of Supervision

[ ]     Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

5-28-14
_____
Date